UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KORENA R. T.,

                              Plaintiff,

   v.                                                  5:25-CV-0834 (PJE)

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
_____

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

### ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the renewed application to proceed without prepayment of fees under 28 U.S.C. § 1915 (Dkt. No. 3);

It is **ORDERED** that the application is:

☒   **GRANTED**

☐   **DENIED** for the following reasons _____:

Dated: June 30, 2025
       Albany, New York

_____
Paul J. Evangelista
U.S. Magistrate Judge